UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AARON ARREOLA CORTES, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 3:17-CV-69 |
| LUCIA DIAZ LOPEZ, | ) ) ) |
| Respondent. | ) |

## JOINT MOTION TO APPROVE SETTLEMENT AND ENTER JUDGMENT

The parties, Aaron Arreola Cortes and Lucia Diaz Lopez, have compromised their dispute. [Doc. 13.] They now move the Court to approve the terms of their settlement agreement, a copy of which is attached here as **Exhibit 1**. A proposed order approving the settlement agreement is attached here as **Exhibit 2**. The settlement agreement contemplates the entry of judgment in favor of Arreola. Accordingly, the parties further move the Court to enter judgment in favor of Arreola, as set forth in the proposed agreed order attached here as **Exhibit 3**.

Respectfully submitted this 22nd day of March, 2017.

MERCHANT & GOULD, P.C.

*s/John T. Winemiller*
John T. Winemiller, TN Bar # 21084
R. Bradford Brittian, TN Bar # 7130
9717 Cogdill Road, Suite 101
Knoxville, TN 37932-3322
Tel: (865) 380-5960
Fax: (612) 332-9081
jwinemiller@merchantgould.com
bbrittian@merchantgould.com

LAW OFFICE OF RACHEL BONANO, PLLC

*s/Rachel Bonano*
Rachel Bonano, TN Bar # 030458
2108 Keller Bend Road
Knoxville, TN 37922
Tel: (865) 282-5309
Fax: (865) 251-5383
rbonano@bonanolaw.com

*Attorneys for Respondent*

Christopher R. Stanton (pro hac vice)
Merchant & Gould P.C.
1801 California Street
Suite 3300
Denver, CO 80202-2654
Tel: (303) 357-1647
Fax: (612) 332-9081
cstanton@merchantgould.com

*Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2017, a copy of the foregoing *JOINT MOTION TO APPROVE SETTLEMENT AND ENTER JUDGMENT* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      *s/John T. Winemiller*

3

Case 3:17-cv-00069-JRG-HBG   Document 15   Filed 03/22/17   Page 3 of 3   PageID #: 122