UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AARON ARREOLA CORTES, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:17-CV-69 |
| LUCIA DIAZ LOPEZ, | ) |
| Respondent. | ) |

## ORDER

Before the Court is the parties' Joint Motion to Approve Settlement Agreement and Enter Judgment. For good cause shown, the Joint Motion is GRANTED. The Court APPROVES the parties' Settlement Agreement and will enter judgment in favor of the petitioner.

SO ORDERED, this 24 day of March, 2017.

J. RONNIE GREER
UNITED STATES DISTRICT JUDGE